ORIGINAL

GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

Attorney for JOHN WARING (10)

LODGED
FEB 09 2006 10:40am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 10 2006
at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00367 DAE |
| Plaintiff, ) | |
| vs. ) | FOURTH STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT JOHN WARING |
| JOHN WARING (10), ) | |
| Defendant. ) | SENTENCING: June 5, 2006, 2:15 p.m. |
| ) | JUDGE: HONORABLE DAVID A. EZRA |

FOURTH STIPULATION AND ORDER ALLOWING TRAVEL BY
DEFENDANT JOHN WARING

IT IS HEREBY STIPULATED by and between the parties appearing herein, through their respective counsel, and approved by this Court, that Defendant JOHN WARING shall be permitted to travel to Maui, Kauai, or the island of Hawaii for reasons connected to his employment without the necessity of approval by Pretrial Services.

DATED: Honolulu, Hawaii, FEBRUARY 9, 2006.

GLENN CHOY
Attorney for Defendant
JOHN WARING

CHRIS THOMAS
Assistant U.S. Attorney

NO OBJECTION

_____
ANTHONY BARRY
U.S. Pretrial Services Officer


APPROVED AND SO ORDERED:

_____
United States District Judge

United States of America v. John Waring (10), Cr. 03-00367 DAE, Fourth Stipulation and
Order Allowing Travel by Defendant John Waring