EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00367-10 DAE |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN WARING,   (10) | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant John Waring ("Defendant Waring") on the grounds that Defendant Waring was charged and sentenced in an Information, Cr. No. 05-00543 DAE.  Pursuant to a plea agreement, the Government agreed to dismiss Count 8 as to Defendant Waring in the Indictment for Cr. No. 03-00367 DAE at sentencing.

Defendant Waring was sentenced on June 5, 2006 to one (1) year probation.

DATED: Honolulu, Hawaii, June 14, 2006.



_____
David Alan Ezra
United States District Judge

U.S. v. JOHN WARING
Cr. No. 03-00367-10 DAE
"Order for Dismissal"